# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Martha Ann Helms,

      Plaintiff(s),

vs.

Jo Anne B. Barnhart,

      Defendant(s).

JUDGMENT IN A CIVIL CASE

3:04-cv-548-H

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 31, 2005 Order.

**Signed: October 31, 2005**

Frank G. Johns, Clerk
United States District Court